UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTINA THOMPSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　　　Defendant. | Civil Action No.: 2:23-cv-12142-TGB-CI<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Christina Thompson and Experian Information Solutions, Inc., ("Experian"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Experian. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED: January 3, 2024

　　　　　　　　　　　　　　　　　　*/s/ Beth Findsen*
　　　　　　　　　　　　　　　　　　Beth Findsen SBN: 023205
　　　　　　　　　　　　　　　　　　Sylvia Bolos, MI Bar No. P78715
　　　　　　　　　　　　　　　　　　CONSUMER ATTORNEYS
　　　　　　　　　　　　　　　　　　8245 N. 85th Way

                                                  Scottsdale, AZ 85258
                                                  E: bfindsen@consumerattorneys.com
                                                  T: (602) 807-6676

*Attorneys for Plaintiff*
*Christina Thompson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                                                                   */s/Marie Tirona*